# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**JAMES M. RAPER, JR.**  **PLAINTIFF**
**ADC #663449**

V.   NO. 4:21-cv-00595-JM-ERE

**MARK GOBER**, *et al.*   **DEFENDANTS**

## ORDER

The Court has received a Recommendation for the dismissal of Mr. Raper's claims against the Drew County Detention Center from Magistrate Judge Edie R. Ervin. After careful review of the Recommendation, Mr. Raper's timely response, as well as a de novo review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Raper's claims against the Drew County Detention Center are DISMISSED, with prejudice. The Clerk is instructed to terminate the Drew County Detention Center as a Defendant.

IT IS SO ORDERED, this 27th day of July, 2021.

_____
UNITED STATES DISTRICT JUDGE