# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**JAMES M. RAPER, JR.**                                                                              **PLAINTIFF**
**ADC #663449**

V.                                      NO. 4:21-cv-00595-JM-ERE

**MARK GOBER,** *et al.*                                                                        **DEFENDANTS**

## ORDER

The Court has received a Recommendation for the dismissal of Mr. Raper's claims against the Defendant Robert Akin filed by Magistrate Judge Edie R. Ervin. The parties have not filed objections, and the time to do so has expired. After careful review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Raper's claims against Robert Akin are DISMISSED, without prejudice. The Clerk is instructed to terminate Robert Akin as a Defendant.

IT IS SO ORDERED this 23rd day of August, 2021.

_____
UNITED STATES DISTRICT JUDGE