IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JAMES M. RAPER, JR.**  **PLAINTIFF**
ADC #663449

V.　　　　　　　　　　NO. 4:21-cv-00595-JM-ERE

**MARK GOBER,** *et al.*　　　　　　　　　　**DEFENDANTS**

## ORDER

The Court has received a Recommendation filed by Magistrate Judge Edie R. Ervin. The parties have not filed objections, and the time to do so has expired. After careful review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Defendants' motion for summary judgment (Doc. 37) is DENIED. Mr. Raper may proceed on his claims against Defendants Gober and Potts.

Mr. Raper's claims against the Doe Defendants are DISMISSED, without prejudice, based on his failure to timely effectuate service. See Fed. R. Civ. P. 4(m). The Clerk is instructed to terminate the Doe Defendants.

IT IS SO ORDERED this 15th day of February, 2022.

_____
UNITED STATES DISTRICT JUDGE