# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JAMES M. RAPER, JR.**  **PLAINTIFF**
**ADC #663449**

V.  NO. 4:21-cv-00595-JM-ERE

**MARK GOBER,** *et al.*  **DEFENDANTS**

## ORDER

Pending before the Court are Plaintiff James M. Raper, Jr.'s five motions for order. *Docs. 63, 64, 65, 66, 67.* In the motions, Mr. Raper requests that the Court subpoena all correspondence between himself Joe Mazzanti III, Crews Puryear, Thomas Deen, and Governor Asa Hutchinson, as well as medical records from Medline Health Care.

Mr. Raper's claims in this case are that: (1) he was denied constitutionally adequate medical care for a spider bite by Drew County Sheriff Mark Gober; and (2) he was subjected to unconstitutional conditions of confinement by Jail Administrator Susan Potts. Mr. Raper fails to explain how Mr. Mazzanti, Mr. Deen, Mr. Puryear, and Governor Hutchinson – none of whom are named defendants – are connected to the allegations in this case or how letters he sent them will support his claims in this case. Accordingly, Mr. Raper's motions for order (*Docs. 63, 64, 65, 66*) are DENIED.

The motion for order related to Medline (*Doc. 67*) is GRANTED. The Clerk is directed to prepare a subpoena duces tecum and instruct the United States Marshal to serve it on Mr. Raper's behalf. 28 U.S.C. § 1915(d) ("officers of the courts shall issue and serve all process, and perform all duties" in cases where the plaintiff is proceeding *in forma pauperis*). The subpoena for medical records related to Mr. Raper's treatment for a spider bite should be issued to the Custodian of Records for Medline Health Care, 535 Jordan Drive, Monticello, Arkansas 71655.

IT IS SO ORDERED this 24th day of March, 2022.

_____
UNITED STATES MAGISTRATE JUDGE