**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JAMES M. RAPER, JR.**                                                                            **PLAINTIFF**
**ADC #663449**

**V.**                                              **NO. 4:21-cv-00595-JM**

**MARK GOBER,** *et al.*                                                                   **DEFENDANTS**

**ORDER**

The Court has received a Recommendation from Magistrate Judge Edie R. Ervin. After careful review of the Recommendation, Mr. Raper's timely objections,[1] as well as a de novo review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Defendants' motion for summary judgment (*Doc. 104*) is GRANTED. Mr. Raper's claims against Defendants Gober and Potts are DISMISSED, with prejudice. Mr. Raper's motion/question before the Court (Doc. 125) is DENIED. The Clerk is instructed to close this case.

IT IS SO ORDERED, this 6th day of February, 2023.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Doc. Nos. 118, 119, 120, 121, 126.