IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JAMES M. RAPER, JR.**  **PLAINTIFF**
**ADC #663449**

V.  NO. 4:21-cv-00595-JM

**MARK GOBER**, *et al.*  **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED.

IT IS SO ORDERED this 6th day of February, 2023.

_____
UNITED STATES DISTRICT JUDGE